IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. |
| | ) | 08-00146-01-CR-W-NKL |
| HERIBERTO GUTIERREZ-MAGARA, | ) | |
| Defendant. | ) | |

## **O R D E R**

Pursuant to the Report and Recommendation of United States Magistrate Judge Robert E. Larsen, to which no objection has been filed, the plea of guilty to Count One of the Indictment is accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the Court.

                                                                                         s/ NANETTE K. LAUGHREY
                                                                                         NANETTE K. LAUGHREY
                                                                                         United States District Judge

Kansas City, Missouri
September 8, 2008